FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 19-07390 CCJ Judge: CYNTHIA C. JACKSON | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | HANDS OF MERCY MASSAGE PLLC | Date Filed (f) or Converted (c): | 11/11/19 (f) |
| | | 341(a) Meeting Date: | 12/18/19 |
| For Period Ending: | 12/31/19    (1st reporting period for this case) | Claims Bar Date: | 02/28/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. OFFICE FURNITURE AND EQUIPMENT | 1,800.00 | 2,000.00 | | 2,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $1,800.00 | $2,000.00 | | $2,000.00 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

11/26/19 - Filed Notice of Sale of office furniture and equipment (Doc # 5). Landlord offered $2k to buy out existing assets on site.

Initial Projected Date of Final Report (TFR): 03/30/20    Current Projected Date of Final Report (TFR): 03/30/20

**FORM 2**

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-07390 -CCJ | Trustee Name: | EMERSON C. NOBLE, TRUSTEE |
|---|---|---|---|
| Case Name: | HANDS OF MERCY MASSAGE PLLC | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******1089 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1656 | | |
| For Period Ending: | 12/31/19 | Blanket Bond (per case limit): | $ 300,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/02/19 | 1 | ROBERT W LADLEY<br>37918 N CR 44A<br>EUSTIS, FL 32736 | FIXTURES AND EQUIPMENT<br>Pursuant to Notice of Sale (Docekt # 5) | 1129-000 | 2,000.00 | | 2,000.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 2,000.00 | 0.00 | 2,000.00 |
| Less:  Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 2,000.00 | 0.00 | |
| Less:  Payments to Debtors | | | 0.00 | |
| Net | | 2,000.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1089) | 2,000.00 | 0.00 | 2,000.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 2,000.00 | 0.00 | 2,000.00 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    2,000.00    0.00

Ver: 22.02b

LFORM24